UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **RICHARD HENRY JOBSON,** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | |
| vs. ) | **Civil Action No.  CV 06-S-2299-E** |
| ) | |
| **WARDEN BILLY MITCHEM, III,** ) | |
| **and THE ATTORNEY GENERAL** ) | |
| **FOR THE STATE OF ALABAMA,** ) | |
| ) | |
| **Respondents.** ) | |

## MEMORANDUM OPINION

This action is before the court on the petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254. The magistrate judge entered a report and recommendation on April 8, 2009, recommending that the respondents' motion for summary judgment be granted and the action dismissed.  The petitioner filed his objections on April 16, 2009 (doc. no. 18.)

The court has considered the entire file in this action, including the report and recommendation and the objections thereto, and has reached an independent conclusion that the report and recommendation is due to be adopted and approved.

Accordingly, the court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of this court. This habeas petition is due to be dismissed. An appropriate order will be entered.

DONE this 29th day of September, 2009.

_____
United States District Judge